Filing # 142677750 E-Filed 01/26/2022 11:26:36 AM

IN THE CIRCUIT COURT OF THE FIFTH JUDICIAL CIRCUIT
IN AND FOR LAKE COUNTY, FLORIDA

KASEY S. WEEKS,                            CIVIL DIVISION
                                                   CASE NO.:

       Plaintiff,

v.

DOLGENCORP, LLC,

       Defendant.
_____/

## COMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL

The Plaintiff, **KASEY S. WEEKS**, by and through the undersigned counsel, hereby sues the Defendant, **DOLGENCORP, LLC** ("DOLGENCORP"), and alleges:

1. This is an action for damages which exceeds One Hundred and Thirty Thousand Dollars ($130,000.00) exclusive of interest and costs, and otherwise within this Court's jurisdictional limits.

2. At all times material hereto, the Plaintiff, **KASEY S. WEEKS**, was and is a resident of Lake County, Florida, and is otherwise *sui juris*.

3. At all times material hereto, the Defendant, **DOLGENCORP**, was and is a foreign corporation organized under the Laws of the State of Tennessee, and doing business in Eustis, Lake County, Florida.

4. Venue is proper in this County in that the Defendant, **DOLGENCORP**, does business in Lake County, Florida, and/or all of the acts complained of herein occurred in Lake County, Florida.

5. That on or about September 27, 2020, the Plaintiff, **KASEY S. WEEKS**, was an invitee of the Defendant, **DOLGENCORP's** store located at 45 W. Stevens Ave, Eustis, FL 32726.

6. That on or about September 27, 2020, the Plaintiff, **KASEY S. WEEKS,** was lawfully in Defendant, **DOLGENCORP's** store.

7. That at all times material hereto, and specifically on September 27, 2020, Defendant, **DOLGENCORP**, owned, managed, controlled, operated, and/or maintained the inside of its store located at 45 W. Stevens Ave, Eustis, FL 32726, in Lake County.

8. That on or about September 27, 2020, a dangerous condition existed on the floor of the store. This dangerous condition consisted of liquid such as water on the floor of defendant's store.

9. That the Defendant owed to its business invitees a duty to provide a reasonably safe environment.

10. That the Defendant owed to its business invitees a duty to provide a reasonably safe flooring in its store.

11. That the Defendant, its agents, servants or employees, breached its duty owed to the Plaintiff by negligently maintaining its premises in the following manner:

    a. By failing to maintain the floor of the premises in a reasonably safe condition, to wit, allowing liquids such as water and/or other substances to accumulate on the floor, and to prevent dangerous conditions from occurring; and/or

    b. By failing to warn of the dangerous condition that existed at the time of the Plaintiff's incident; and/or

    c. By failing to place barricades, wet floor signs, or other marking devices utilized to alert customers such as the Plaintiff of the dangerous condition that existed at the time of Plaintiff's incident; and/or

    d. By failing to remove said water or other similar substance from the floor of the premises; and/or

e. By failing to correct the hazardous condition of the premises when the Defendant knew or should have known that the general public visits said premises and specifically the Plaintiff herein; and/or

f. Was otherwise negligent in the care, maintenance, and upkeep of the premises, and specifically by allowing water and/or a similar substance to be left on the floor of the premises so as to cause the Plaintiff's injury.

g. By failing to place appropriate flooring in the store.

12. That the Defendant knew or in the exercise of reasonable care should have known of the existence of the hazardous and dangerous condition which constituted a dangerous condition to the Plaintiff, and the condition had existed for a sufficient length of time that the Defendant knew or should have known of the condition and could have easily remedied it; and/or

13. That the hazardous and dangerous condition which constituted a dangerous condition to the Plaintiff occurred with such frequency that owner should have known of its existence.

14. As a direct and proximate result of the aforementioned negligence of the Defendant, **DOLGENCORP**, the Plaintiff, **KASEY S. WEEKS**, slipped on a liquid substance and/or a similar substance that had accumulated on the floor and sustained severe, grievous and permanent injuries, physical and mental pain and suffering, disability, physical impairment, disfigurement, mental anguish, inconvenience, loss of capacity for the enjoyment of life, loss of earnings and impairment of earning capacity and/or permanent aggravation of a pre-existing condition, and further incurred hospital bills, medical bills, and/or other bills as a result of said injuries; said injuries are either permanent or continuing in their nature and the Plaintiff, **KASEY S. WEEKS** will suffer the losses into the future.

WHEREFORE, Plaintiff, **KASEY S. WEEKS,** hereby demands judgment for damages, costs and interest from the Defendant, **DOLGENCORP, LLC**, together with whatever other relief the Court deems just and appropriate.

### DEMAND FOR JURY TRIAL

The Plaintiff, **KASEY S. WEEKS,** hereby demands trial by jury of all issues so triable as a matter of right.

Dated: January 26, 2022.

           **RUBENSTEIN LAW, P.A.**
           Attorneys for Plaintiff
           200 South Orange Avenue, Suite 2000
           Orlando, FL 32801
           Phone: (305) 661-6000
           Fax: (305) 670-7555
           Email: rcastillo@rubensteinlaw.com
               mmercado@rubensteinlaw.com
               eservice@rubensteinlaw.com

      By: */s/ Ramon Castillo*
         **RAMON CASTILLO**
         Florida Bar No.: 22404